**EYETICKET CORPORATION (for the benefit of Iridian Technologies, Inc.), Plaintiff–Appellee,**

v.

**UNISYS CORPORATION, Defendant–Appellant.**

**No. 01–1203.**

United States Court of Appeals, Federal Circuit.

Aug. 15, 2001.

ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is